UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLESIA ELISE BROWN,

                Plaintiff,

-v-

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

20 **CIVIL** 9122 (AEK)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 26, 2022, that the decision of the Acting Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and de novo decision.

**Dated:** New York, New York
       April 27, 2022

                                          **RUBY J. KRAJICK**

                                              Clerk of Court
                      **BY:**

                                              **Deputy Clerk**